UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INVENTEC PERFORMANCE CHEMICALS USA LLC, *a Connecticut limited liability company*,<br><br>*Plaintiff*,<br><br>v.<br><br>OPTIMAL SERVICES LLC, *a Florida limited liability company*, AMTECH MANUFACTURING LLC, a Connecticut limited liability company, AMTECH LLC, *a New Mexico limited liability company,* AMTECH DISTRIBUTION LLC, a Delaware limited liability company, MARK MILLER, an individual, John Does 1 through 10.<br><br>*Defendants*. | Civil Action No. 3:22-cv-01252<br><br>Filed: October 13, 2022 |

## **PLAINTIFF'S CORRECTED RULE 7.1 DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of this Court, Plaintiff Inventec Performance Chemicals USA LLC ("Inventec"), submits the following disclosure:

1. Inventec is wholly owned by Invent – DT Inc.; and

2. Invent – DT Inc. is not a publicly held corporation.

Dated: October 13, 2022

Respectfully Submitted,

LEASON ELLIS LLP

 /s/ Lori L. Cooper
Lori L. Cooper (ct29133)
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-8011
Fax: (914) 288-0023
Email: cooper@leasonellis.com
lelitdocketing@leasonellis.com

*Attorneys for Plaintiff*