LAW OFFICES OF
STEPHEN J. CURLEY, LLC
SIX LANDMARK SQUARE
FOURTH FLOOR
STAMFORD, CONNECTICUT 06901
203-327-1317 / 203-989-4025
FAX 815-328-1317
scurley@cur-law.com
www.cur-law.com

ALSO ADMITTED IN NY & DC

December 16, 2022

VIA ELECTRONIC DELIVERY

Hon. Robert N. Chatigny
Senior United States District Judge
United States District Court
450 Main Street - Room 228
Hartford, CT  06103

Re:   Inventec Performance Chemicals USA, LLC v. Optimal Services, LLC, et al.
      Civil Action No. 3:22-01252(RNC)

Dear Judge Chatigny:

I represent Optimal Services LLC, Amtech Manufacturing LLC, Amtech LLC, Amtech Distribution LLC and Mark Miller, the named defendants in the above action.  Further to your Honor's chambers practices, I write to request a remote pre-filing conference to discuss my clients' intended motion to dismiss this action pursuant to Fed R. Civ. Pro. 8(a)(2), 10(b) and 12(b)(6).

Plaintiff Inventec Chemicals USA, LLC's Complaint in this action ostensibly sounds in trademark infringement and unfair trade practices.  The complaint consists of four counts and over one hundred and fifty paragraphs of allegations against five separate defendants.  My clients maintain that this document is an example of "shotgun" pleading, whereby multiple alleged infringements are made in each count against multiple parties.  This had made responding to the complaint nearly impossible.

My clients' primary counsel and I have attempted to resolve this issue on multiple occasions with counsel for plaintiff.  To date, plaintiff's counsel has refused to make a single accommodation.  Court intervention is now required.

Please contact me if you require any further information.

Sincerely,

Stephen J. Curley

cc: Lori Cooper, Esq, (via electronic deliver)
 Mark Warzecha, Esq. (via electronic delivery)
 Kelly G. Swartz, Esq. (via electronic delivery