UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INVENTEC PERFORMANCE CHEMICALS USA LLC,<br><br>      Plaintiff,<br><br>v.<br><br>OPTIMAL SERVICES LLC, AMTECH MANUFACTURING LLC, AMTECH LLC, AMTECH DISTRIBUTION LLC, MARK MILLER, et al.,<br><br>      Defendants. | CIVIL ACTION NO. 3:22-01252 (RNC)<br><br><br><br><br><br><br><br>DECEMBER 22, 2022 |

**DEFENDANTS, OPTIMAL SERVICES LLC, AMTECH MANUFACTURING LLC, AMTECH LLC, AMTECH DISTRIBUTION LLC, AND MARK MILLER'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(a)(2) and 10(b), Defendants, Optimal Services LLC, Amtech Manufacturing LLC, Amtech LLC, Amtech Distribution LLC, and Mark Miller (hereinafter "Defendants"), through their attorneys, Law Offices of Stephen J. Curley, LLC, respectfully move to dismiss Plaintiff, Inventec Performance Chemicals USA LLC's ("Plaintiff") Complaint as a "shot-gun pleading" and for failure to state a claim on which relief can be granted, and for other and further relief as the Court deems just and proper. A memorandum of law accompanies this motion.

2

                                                    THE DEFENDANTS
OPTIMAL SERVICES LLC, AMTECH
MANUFACTURING LLC, AMTECH
LLC, AMTECH DISTRIBUTION LLC,
AND MARK MILLER
BY THEIR ATTORNEY

/s/ Stephen J. Curley/ct09821
Stephen J. Curley (ct #09821)
Law Offices of Stephen J. Curley, LLC
Six Landmark Square, Fourth Floor
Stamford, CT 06901
Telephone (203) 327-1317
Facsimile (203) 276-8768
Email: scurley@cur-law.com

2

## CERTIFICATION

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a true and correct paper copy of the foregoing will be sent those indicated as non-registered participants via first class mail, postage prepaid, on this the 22nd day of December, 2022:

Lori L. Cooper, Esq.
Karin Segall, Esq.
Leason Ellis LLP
One Barker Avenue, Fifth Floor
White Plains, NY 10601

                        /s/Stephen J. Curley
                        Stephen J. Curley