AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Inventec Performance Chemicals USA LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-1252 |
| Optimal Services LLC et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Inventec Performance Chemicals USA LLC.

Date: 01/10/2023

*Attorney's signature*

Martin B. Schwimmer, ct31382
*Printed name and bar number*

Leason Ellis LLP
One Barker Ave, Fifth Floor
White Plains, NY 10601

*Address*

schwimmer@leasonellis.com
*E-mail address*

(914) 821-8011
*Telephone number*

(914) 288-0023
*FAX number*