THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INVENTEC PERFORMANCE CHEMICALS USA LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>OPTIMAL SERVICES LLC, AMTECH MANUFACTURING LLC, AMTECH LLC, AMTECH DISTRIBUTION LLC, MARK MILLER, et al.,<br><br>*Defendants*. | Civil Action No. 3:22-01252 (RNC)<br><br>Filed: January 13, 2023 |

**PLAINTIFF'S MOTION FOR ORAL ARUGMENT ON DEFENDANTS, OPTIMAL SERVICES LLC, AMTECH MANUFACTURING LLC, AMTECH LLC, AMTECH DISTRIBUTION LLC, AND MARK MILLER'S MOTION TO DISMISS**

Plaintiff Inventec Performance Chemicals USA LLC hereby requests oral argument on Defendants Optimal Services LLC, Amtech Manufacturing LLC, Amtech LLC, Amtech Distribution LLC, and Mark Miller's Motion to Dismiss, (Dkt. 26). Plaintiff inadvertently left off a designation regarding oral argument pursuant to Local Rule 7(a)(2) in its Memorandum in Opposition to Defendants' Motion, (Dkt. 29), and thus respectfully submits its request by this motion. Plaintiff makes this request for oral argument because at a minimum it is Plaintiff's view that oral argument will facilitate a bench ruling on the motion.

Dated: January 13, 2023

Respectfully Submitted,

LEASON ELLIS LLP

Lori Cooper (CT29133)
Karin Segall (CT31366)
Martin Schwimmer (CT31382)
One Barker Avenue, Fifth Floor

1

White Plains, NY 10601
Tel: (914) 288-8011
Fax: (914) 288-0023
Email: cooper@leasonellis.com;
segall@leasonellis.com;
schwimmer@leasonellis.com;
lelitdocketing@leasonellis.com

*Attorneys for Plaintiff*