THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INVENTEC PERFORMANCE CHEMICALS USA LLC, <br><br>   *Plaintiff*, <br><br> v. <br><br> OPTIMAL SERVICES LLC, AMTECH MANUFACTURING LLC, AMTECH LLC, AMTECH DISTRIBUTION LLC, and MARK MILLER, <br><br>   *Defendants*. | Civil Action No. 3:22-01252 (RNC) <br><br> **[PROPOSED] 502(d) ORDER** |

WHEREAS, the parties desire to enter into the following stipulation regarding the disclosure of privileged information:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information at any time in this action, whether inadvertent or otherwipse, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding, provided, however, that principles of subject matter waiver under Federal Rule of Evidence 502(a) shall apply to any such non-inadvertent production for the purposes of this case. This Stipulation and Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

So stipulated by counsel for the parties on February 1, 2023.

| | |
|---|---|
| /s/ Lori Cooper | /s/ Stephen J. Curley |
| Lori Cooper (CT29133) | Stephen J. Curley (ct #09821) |
| Karin Segall (CT31366) | Law Offices of Stephen J. Curley, LLC |
| Martin Schwimmer (CT31382) | Six Landmark Square, Fourth Floor |
| One Barker Avenue, Fifth Floor | Stamford, CT 06901 |
| White Plains, NY 10601 | Telephone (203) 327-1317 |
| Tel: (914) 288-8011 | Facsimile (203) 276-8768 |
| Fax: (914) 288-0023 | Email: scurley@cur-law.com |
| Email: cooper@leasonellis.com; | |
| segall@leasonellis.com; | |
| schwimmer@leasonellis.com; | |
| lelitdocketing@leasonellis.com | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

Dated: _____                                    _____