THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INVENTEC PERFORMANCE CHEMICALS USA LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>OPTIMAL SERVICES LLC, AMTECH MANUFACTURING LLC, AMTECH LLC, AMTECH DISTRIBUTION LLC, MARK MILLER, et al.,<br><br>*Defendants*. | Civil Action No. 3:22-01252 (RNC)<br><br>Filed: July 11, 2023 |

### PLAINTIFF'S MOTION FOR SCHEDULING CONFERENCE

Plaintiff Inventec Performance Chemicals USA LLC hereby moves this Court for a scheduling conference, pursuant to Federal Rule of Civil Procedure 16. The parties held their Rule 26(f) conference in January and filed the related report in February. (Dkt. 34). No Rule 16 conference has been held, and no scheduling order entered. Currently, a motion to dismiss filed by Defendants is pending, with argument scheduled for July 18, 2023.[1] (Dkt. 35). The parties have begun the discovery process by exchanging initial written discovery requests and responses and corresponding document productions. Plaintiff served a notice of deposition on Defendant Amtech LLC on June 9, 2023. Defendants objected on the ground that the notice did not comport with the 26(f) report. Defendants have not provided Plaintiff with dates to schedule the deposition of Defendant Amtech LLC, nor a statement that they are refusing to produce a witness for the deposition. Plaintiff most recently requested confirmation from Defendants regarding Defendant

---

[1] Argument on Defendants' Motion to Dismiss was originally scheduled for June 8, 2023. (Dkt. 32).

Amtech LLC's availability for a deposition on July 3, 2023. As of the date of this Motion, Plaintiff has not received a response from Defendants.

The proposed schedule submitted as part of the Rule 26(f) report will need to be modified to complete discovery. Given the parties' currently scheduled appearance before Your Honor on <u>July 18, 2023</u>, Plaintiff requests that the Rule 16 conference be held on that same date following the hearing, should the Court be available.

Defendants do not consent to Plaintiff's request for a Rule 16 conference.

| | |
|---|---|
| Dated: July 11, 2023 | Respectfully submitted, |
| | LEASON ELLIS LLP |
| | *[signature: Lori L. Cooper]* |
| | Lori Cooper (CT29133) |
| | Karin Segall (CT31366) |
| | Martin Schwimmer (CT31382) |
| | One Barker Avenue, Fifth Floor |
| | White Plains, NY 10601 |
| | Tel: (914) 288-8011 |
| | Fax: (914) 288-0023 |
| | Email: cooper@leasonellis.com; |
| | segall@leasonellis.com; |
| | schwimmer@leasonellis.com; |
| | lelitdocketing@leasonellis.com |
| | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11 2023, the following document was served on all parties who have appeared in the case via the Court's CM/ECF system:

1. Plaintiff's Motion for Scheduling Conference.

_____
Lori Cooper