Civil- (Dec-2008)

**HONORABLE:** Robert N. Chatigny
**DEPUTY CLERK** Jessalyn Samson   **RPTR/ECRO/TAPE** Alicia Kyles
**TOTAL TIME:** ___ hours  30 minutes
**DATE:** 7/18/2023   **START TIME:** 10:00   **END TIME:** 10:30
**LUNCH RECESS** FROM: ___ TO: ___
**RECESS** (if more than ½ hr) FROM: ___ TO: ___

**CIVIL NO.** 3:22-cv-01252-RNC

Inventec Performance Chemicals USA        Martin Bernard Schwimmer
                                          Plaintiff's Counsel
                vs
Optimal Services LLC et al                Stephen James Curley
                                          Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …..#26 Motion to Dismiss        ☐ granted ☑ denied ☐ advisement
☐ …..# ___ Motion ___             ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion ___             ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion ___             ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion ___             ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion ___             ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion ___             ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___             ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___             ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___             ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___             ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due ___ ☐ Proposed Findings due ___ Response due ___
☐ ……….. ___                       ☐ filed ☐ docketed
☐ ……….. ___                       ☐ filed ☐ docketed
☐ ……….. ___                       ☐ filed ☐ docketed
☐ ……….. ___                       ☐ filed ☐ docketed
☐ ……….. ___                       ☐ filed ☐ docketed
☐ ……….. ___                       ☐ filed ☐ docketed
☐ ……….. ___ Hearing continued until ___ at ___

Notes: Scheduling Order to be set