THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INVENTEC PERFORMANCE CHEMICALS USA LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>OPTIMAL SERVICES LLC, AMTECH MANUFACTURING LLC, AMTECH LLC, AMTECH DISTRIBUTION LLC, MARK MILLER, et al.,<br><br>   *Defendants*. | Civil Action No. 3:22-01252 (RNC)<br><br>Filed: July 28, 2023 |

## **CONSENT MOTION TO MODIFY THE SCHEDULE**

Plaintiff Inventec Performance Chemicals USA LLC, with consent of Defendants, hereby moves this Court to modify the schedule as set forth in the Court's July 18, 2023 Scheduling Order Regarding Case Management Plan, (Dkt. 40) (the "July 18 Scheduling Order"). To the extent this motion falls under the purview of Local Civil Rule 7(b), Plaintiff states that this is the first request for an extension of time regarding any of the dates set forth in the Court's July 18 Scheduling Order.

The Court held its hearing on Defendants' motion to dismiss on July 18, 2023. (Dkt. 37). Following the hearing, a new Scheduling Order was entered by the Court, (Dkt. 40). While some of the dates set forth in the July 18 Scheduling Order were expected based on the parties' understanding of the Court's intent as discussed at the July 18 hearing, e.g., August 17, 2023 as the deadline for Defendants' Answer, others were not and Plaintiff believes they may have been selected erroneously. For example, the July 18 Scheduling Order sets forth July 30, 2023 as the deadline for the parties to set forth damages analyses on claims or counterclaims and for opening

expert reports – all prior to Defendants' deadline to answer on August 17, 2023. Additionally, August 17, 2023, the same day as Defendants' Answer, was set as the deadline to make a request for a prefiling conference regarding motions for summary judgment. As the parties advised during the July 18 hearing, the first of several depositions of the case is to be scheduled for a date in August. With discovery ongoing, the parties will not be in a position to make decisions regarding motions for summary judgment prior to August 17, 2023. Given the procedural difficulties presented by the current schedule, Plaintiff respectfully submits that there is good cause to grant this motion.

Following the entry of the July 18, 2023 Scheduling Order, the parties conferred regarding the scheduling issues outlined above and have prepared a proposed schedule for the Court's consideration. The parties intend to diligently work toward completing discovery in a timely manner and believe that the below proposed schedule is reasonable and in line with the parties' originally filed 26(f) Report.

| **Paragraph of July 18 Order (Dkt. 40)** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| 1. Pleadings | August 17, 2023 | No Change |
| 2. Joinder of Parties | August 17, 2023 | No Change |
| 3. Discovery Deadline | October 1, 2023 | December 15, 2023 |
| 4. Initial Disclosures | August 17, 2023 | No Change |
| 5. Commencement of Formal Discovery | Immediately | No Change |
| 6. Discovery of Expert Witnesses | | |
| 6a. Reports on issues on which they bear the burden of proof | July 30, 2023 | November 1, 2023 |
| 6b. Depositions of such experts | October 1, 2023 | December 15, 2023 |

| | | |
|---|---|---|
| 6c. Reports on issues on which they do not bear the burden of proof | September 3, 2023 | December 1, 2023 |
| 6d. Depositions of such experts | October 1, 2023 | December 15, 2023 |
| 7. Damages Analysis | July 30, 2023 | November 3, 2023 |
| 8. Motions to Compel | Within 30 days of response due date | No Change |
| 9. Mandatory Settlement Conference | November 2023 | No Change |
| 10. Joint Trial Memorandum | January 7, 2024 | February 16, 2024 |
| 11. Trial Ready Date | March 7, 2024 | April 19, 2024 |
| 12. Dispositive Motions (prefiling conference requests to be made by) | August 17, 2023 | January 12, 2024 |
| 13. Joint Status Reports of Counsel | August 17, 2023 | August 31, 2023 |

Plaintiff hereby requests that the Court modify the schedule set forth in its July 18 Scheduling Order as set forth above.

Dated: July 28, 2023                                                                 Respectfully Submitted,

LEASON ELLIS LLP

_____
Martin Schwimmer (CT31382)
Lori Cooper (CT29133)
Karin Segall (CT31366)
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-8011
Fax: (914) 288-0023
Email: cooper@leasonellis.com;
segall@leasonellis.com;
schwimmer@leasonellis.com;
lelitdocketing@leasonellis.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2023, the following document was served on all parties who have appeared in the case via the Court's CM/ECF system:

1. Consent Motion for to Modify the Schedule

_____
Martin Schwimmer