# THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

INVENTEC PERFORMANCE CHEMICALS
USA LLC,

     *Plaintiff,*

v.

OPTIMAL SERVICES LLC, AMTECH
MANUFACTURING LLC, AMTECH LLC,
AMTECH DISTRIBUTION LLC, MARK
MILLER, et al.,

     *Defendants*.

Civil Action No. 3:22-01252 (RNC)

Filed: August 31, 2023

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 31, 2023 (Dkt 42), Plaintiff Inventec Performance Chemicals USA LLC ("Plaintiff") and Defendants Optimal Services LLC ("Optimal"), Amtech Manufacturing LLC ("AML"), Amtech LLC ("Amtech"), Amtech Distribution LLC ("ADL") and Mark Miller ("Miller") (collectively, "Defendants") hereby submit the following joint status report.

1.     This case was filed on October 7, 2022 (Dkt 1).  In response, Defendants filed a Motion to Dismiss on December 22, 2022 (Dkt 26).  By Order dated July 18, 2023 (Dkt 38) the Court denied Defendants' Motion to Dismiss and entered the controlling scheduling order on July 31, 2023 (Dkt. 42).  Defendants filed their Answer and Affirmative Defenses on August 17, 2023. (Dkt. 44).

2.     The parties propounded their first sets of discovery and responded to same earlier in 2023. Plaintiff served its second set of requests for production to each defendant on August 18, 2023.  No depositions have taken place. Plaintiff has noticed depositions pursuant to Fed. R.

Civ. P. 30(b)(6) of both Amtech LLC (currently set for September 20, 2023) and Optimal

Services LLC (noticed for September 25, 2023).

       3.      Plaintiff has identified and set forth several perceived deficiencies in Defendants

discovery responses and document production in an August 7, 2023 deficiency letter to

Defendants.  Counsel for Defendants has indicated they are working on a response.

       4.      The parties are also actively engaged in settlement negotiations in parallel with

the discovery process, exchanging settlement offers.  These discussions are ongoing.

       5.      The parties do not seek any intervention by the Court at this time.

Respectfully submitted,

Dated: August 31, 2023                    Dated: August 31, 2023

/s/ Lori Cooper                         /s/ Stephen J. Curley
Lori Cooper (CT29133)                Stephen J. Curley (ct #09821)
Karin Segall (CT31366)               Law Offices of Stephen J. Curley, LLC
Martin Schwimmer (CT31382)        Six Landmark Square, Fourth Floor
One Barker Avenue, Fifth Floor       Stamford, CT 06901
White Plains, NY 10601              Telephone (203) 327-1317
Tel: (914) 288-8011                 Facsimile (203) 276-8768
Fax: (914) 288-0023                 Email: scurley@cur-law.com
Email: cooper@leasonellis.com;
segall@leasonellis.com;              Attorney for Defendants
schwimmer@leasonellis.com;
lelitdocketing@leasonellis.com

Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2023, I filed a copy of the foregoing JOINT STATUS

REPORT electronically and served a copy of the foregoing by mail on anyone unable to accept

electronic filing. The Court's electronic filing system will send notice of this filing by e-mail to

all parties. Parties may access this filing through the court's CM/ECF System.


*/s/ Lori Cooper*
Lori Cooper