THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INVENTEC PERFORMANCE CHEMICALS USA LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>OPTIMAL SERVICES LLC, AMTECH MANUFACTURING LLC, AMTECH LLC, AMTECH DISTRIBUTION LLC, MARK MILLER, et al.,<br><br>*Defendants*. | Civil Action No. 3:22-01252 (RNC)<br><br>Filed: October 31, 2023 |

**NOTICE OF SETTLEMENT IN PRINCIPLE AND
REQUEST FOR EXTENSION OR STAY**

Plaintiff Inventec Performance Chemicals USA LLC ("Plaintiff") and Defendants Optimal Services LLC ("Optimal"), Amtech Manufacturing LLC ("AML"), Amtech LLC ("Amtech"), Amtech Distribution LLC ("ADL") and Mark Miller ("Miller") (collectively, "Defendants"), through their respective counsel, hereby advise the Court that the parties have reached a settlement in principle, request that this Court extend or stay all pending deadlines in the above-captioned matter, and retain jurisdiction until such time as the acts contemplated by the settlement are completed as set forth below.

1. This case was filed on October 7, 2022 (Dkt 1). In response, Defendants filed a Motion to Dismiss on December 22, 2022 (Dkt 26). By Order dated July 18, 2023 (Dkt 38) the Court denied Defendants' Motion to Dismiss and entered the controlling scheduling order on July 31, 2023 (Dkt. 42). Defendants filed their Answer and Affirmative Defenses on August 17, 2023. (Dkt. 44).

1

2. On July 31, 2023, the Court entered an amended Scheduling Order upon a Consent Motion for Extension of Time filed on July 28, 2023.  (*See* Docs. 41 and 42).

3. The Parties have reached a settlement in principle and are now in the process of finalizing the terms of the settlement and memorializing the same in a final and formal agreement.

4. Therefore, in the interest of judicial economy and in the Parties' desire to avoid unnecessary legal expenses, the Parties respectfully request that the Court further extend, or in the alternative stay all pending deadlines, to allow time to finalize the anticipated settlement agreement, complete performance under the agreement, and the file a stipulation of dismissal.

5. The settlement will require certain actions to be taken over the next several months, therefore the parties request that the Court retain jurisdiction of this matter until March 15, 2024.  The parties anticipate filing a stipulation of dismissal prior to that date.

6. Should the Court require any additional information, the undersigned are available at the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| Dated: October 31, 2023 | Dated: October 31, 2023 |
| */s/ Lori Cooper* | */s/ Stephen J. Curley* |
| Lori Cooper (CT29133) | Stephen J. Curley (ct #09821) |
| Karin Segall (CT31366) | Law Offices of Stephen J. Curley, LLC |
| Martin Schwimmer (CT31382) | Six Landmark Square, Fourth Floor |
| One Barker Avenue, Fifth Floor | Stamford, CT 06901 |
| White Plains, NY 10601 | Telephone (203) 327-1317 |
| Tel: (914) 288-8011 | Facsimile (203) 276-8768 |
| Fax: (914) 288-0023 | Email: scurley@cur-law.com |
| Email: cooper@leasonellis.com; segall@leasonellis.com; schwimmer@leasonellis.com; lelitdocketing@leasonellis.com | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, I filed a copy of the foregoing **NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST FOR EXTENSION OR STAY** electronically and served a copy of the foregoing by mail on anyone unable to accept electronic filing. The Court's electronic filing system will send notice of this filing by e-mail to all parties. Parties may access this filing through the court's CM/ECF System.

*/s/ Lori Cooper*
Lori Cooper